JS-6, ENTER

**FILED - SOUTHERN DIVISION**
**CLERK, U.S. DISTRICT COURT**

AUG - 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFREY ALLEN WILLIAMS,** | **CASE NO. CV 03-7394-GHK (MLG)** |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **R. BELTRAN, et al.,** | |
| Defendants. | |

Based on our July 30, 2008 Order re: Defendants' Motion for Judgment on the Pleadings, **IT IS HEREBY ADJUDGED** that Plaintiff's, Jeffrey Allen Williams's, claims are **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

DATED: July 30, 2008

**ENTERED - SOUTHERN DIVISION**
**CLERK, U.S. DISTRICT COURT**

AUG - 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

_____
GEORGE H. KING
United States District Judge